**HARVEST TIME GROUP**

*"Empowering Our Communities to Prosper"*

July 25, 2025

To:    Honorable Dolly M. Gee
       United States District Judge

**RE:    Percy Abrams Sr. – Letter of Character**

Percy has shown himself to be a person of upright character and integrity; always wanting to do things right in business (having expressed such statement, this is why he comes to our business platform for assistance) and has demonstrated such behavior among all his business colleagues and peers, of whom we have spoken to, since the inception of our relationship with Mr. Percy Abrams Sr. which has been over two decades.

As a benevolent person and philanthropist at heart (and in pocket), Percy has been a part of helping many people in the community. We believe his track record of servicing humanity has been witnessed and proven.

If you have any questions pertaining to this letter, please do not hesitate to call (602) 592-9747.

Sincerely,

*Dr. Kerry Lynn Dasher,*
Co-Founder/Managing Director
Chaplain & H.D. Doctor of Humanity


Harvest Time Group, LLC
*"Empowering Our Communities to Prosper"*

**Founders Celebrating 39 Years of Quality Customer Service in the Financial Industry!**

