

---------- Forwarded message ---------
From: **Ernest Jones** <​>
Date: Sun, Jul 27, 2025, 2:14 AM
Subject: Regarding Percy Abrams
To: <​>

I am writing this letter on behalf of Percy Abram's.
I have been knowing Percy Abram's since 1995. As a matter of fact, I am the one who introduced him to the Masonic Order.
During the time I have known Percy, he has always been an upright person. Day or night, you can call him, he has always made people feel welcomed.
Percy has always helped the community, such as giving advice or referring people to different programs. During our time at the Masonic hall, he has fed many families. Monies have been given out of his own pocket even when he needed it. Need a ride, place to stay, food for the family, advice, call Percy. He will help you directly or send you to someone who can.
Percy now has medical problems but through it all, his faith remains strong.
I, Ernest Jones, pray peace in his life. If you have any questions, please contact me.
Sincerely,
Ernest Jones