# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| Case No. | CR 20-00536-DMG-2 | Date | August 5, 2025 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| Derek Davis | Terri Hourigan | Roger Hsieh<br>Matthew Coe-Odess |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Percy Dean Abrams | | X | Ian Wallach, CJA | | | X | n/a |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**      Contested __  **X** Non-Evidentiary

|   |   |
|---|---|
| ___ | Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.     **X** Refer to separate Judgment Order. |
| ___ | Imprisonment for ___ Years/months on each of counts ___ |
| ___ | Count(s) ___ concurrent/consecutive to count(s) ___ |
| **X** | Fine of $1000 is imposed on each of count(s) concurrent/consecutive. |
| ___ | Execution/Imposition of sentence as to imprisonment only suspended on count(s) ___ |
| ___ | Confined in jail-type institution for ___ to be served on consecutive days/weekends commencing ___ |
| ___ | ___ years/months Supervised Release/Probation imposed on count(s) ___ consecutive/concurrent to count(s) ___ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office: |

| ___ | Perform ___ hours of community service. |
|---|---|
| ___ | Serve ___ in a CCC/CTC. |
| ___ | Pay $___ fine amounts & times determined by P/O. |
| ___ | Make $___ restitution in amounts & times determined by P/O. |

___ Participate in a program for treatment of narcotic/alcohol addiction

___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

___ Other conditions:

Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

| **X** | Pay **$100** per count, special assessment to the United States for a total of **$600** |
|---|---|

___ Imprisonment for ___ months/years and for a study pursuant to 18 USC ___ with results to be furnished to the Court within ___ days/months ___ whereupon the sentence shall be subject to modification. This matter is set for further hearing on ___

Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

| **X** | Defendant informed of right to appeal. |
|---|---|
| ___ | ORDER sentencing transcript for Sentencing Commission.    **X** Processed statement of reasons. |
| **X** | Bond exonerated ___ upon surrender ___ upon service of ___ |

___ Execution of sentence is stayed until 12 noon, ___ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

|   | Court orders hearing and transcript sealed. |
|---|---|
|   | Issued Remand to USMS |
| X | Filed and distributed judgment.  ENTERED. |

                                                                    0  :  30
Initials of Deputy Clerk   DD

cc: **USPPO**